**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14473

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: May 02, 2011

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Scott Windman,<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br> Movant,<br> vs.<br><br>Robert Scott Windman, Debtor, Russell A. Brown, Trustee.<br><br> Respondents. | No. 2:08-BK-11119-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #58) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

| | |
|---|---|
| 1 | by"WUU0"Dcpmtwrve{"Eqfg"584*c+"ctgjgtgdy"xcecvgf"cu"vq"Oqxcpv"ykj"tgurgev"vq"vjcv"egtvckp"tgcn" |
| 2 | rtqrgtv{"y jkej"ku"vjg"uwdlgev"qh"c"Fggf"qh"Vtwuv"fcvgf"Pqxgo dgt"45."4227"cpf"tgeqtfgf"kp"vjg"qhhkeg"qh" |
| 3 | vjg"Octkeqrc"Eqwpv{"Tgeqtfgt"y jgtgkp"Ygmu"Hctiq"Dcpm"P0C0"ku"vjg"ewttgpv"dgpghkekct{"cpf"Tqdgtv" |
| 4 | Ueqw"Ykpfm cp"jcu"cp"kpvgtguv"kp."hwtyjgt"fguetkdgf"cu<" |
| 5 | VJG"GCUV"392"HGGV"QH""VJG"YGUV"732"HGGV"QH"VJG"HQNNQYKPI"FGUETKDGF"RTQRGTV["VJG"PQTVJ"JCNH"QH"VJG"PQTVJ"JCNH"QH"VJG"UQWVJ"GCUV"SWCTVGT" |
| 6 | QH"VJG"PQTVJ"GCUV"SWCTVG"T"QH"UGEVKQP"3;."VQY PUJKR"8"PQTVJ."TCPIG"5""YGUV"QH"VJG"IKNC""CPF"UCNV"TKXGT"DCUG"CPF"OGTKFKCP."OCTKEQRC"EQWPV["." |
| 7 | CTKQPC."GZEGRV"VJG"YGUV"862"HGGV"VJGTGQH0" |
| 8 | "  KV"KU"HWTVJGT"QTFGTGF"vjcv"Oqxcpv"ocy"eqpvcev"vjg"Fgdvqt"d{""vgngrjqpg"qt"ytkwgp" |
| 9 | eqttgurqpfgpeg"tgictfkpi"c"rqvgpvkcn"Hqtdgctcpeg"Cigggogpv."Nqcp"Oqfkhkecvkqp."Tghkpcpeg" |
| 10 | Cigggogpv."qt"qyjgt"Nqcp"Yqtmqwv"Nquu"Okkkicvkqp"Cigggogpv."cpf"ocy"gpvgt"kpvq"uwej"cigggogpv" |
| 11 | ykj"Fgdvqt0"Jqygxgt."Oqxcpv"ocy"pqv"gphqteg."qt"yjtgcvgp"vq"gphqteg."cp{"rgtuqpcn"nkcdknkv{"cickpuv" |
| 12 | Fgdvqt"kh"Fgdvqt)u"rgtuqpcn"nkcdknkv{"ku"fkuejctigf"kp"vjku"dcpmtwrve{"ecug0' |
| 13 | "  KV"KU"HWTVJGT"QTFGTGF"vjcv"vjku"Qtfgt"ujcnn"tgocip"kp"ghhgev"kp"cp{"dcpmtwrve{"ejcrvgt" |
| 14 | vq"yjkej"vjg"Fgdvqt"ocy"eqpxgtv0" |
| 15 | " |
| 16 | "  " |